UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Phillip Schefflin,<br><br>                Petitioner,<br><br>    v.<br><br>State of Washington,<br><br>               Respondent. | CASE NO. 3:20-cv-06194-JCC-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: March 26, 2021 |

The District Court has referred this 28 U.S.C. § 2254 action to United States Magistrate Judge David W. Christel. Petitioner, proceeding *pro se*, filed a proposed § 2254 petition on December 10, 2020. Dkt. 1. The same day, the Clerk of Court sent Petitioner a deficiency letter notifying Petitioner that he failed to meet the filing fee requirement and instructed him to submit the full filing fee or an application to proceed *in forma pauperis* ("IFP") on or before January 11, 2021. Dkt. 2. Petitioner was advised that failure to respond to the letter, this action may be subject to dismissal. *Id.*

On December 28, 2020, Petitioner filed his First Application to Proceed IFP. Dkt. 5. The Clerk of the Court sent Petitioner a second deficiency notice informing Petitioner that he failed

1  to use the proper IFP form. Dkt. 4. The Clerk of Court instructed Petitioner to submit the proper

2  IFP form in full and return it to the Court. *Id*. The Clerk of Court warned Petitioner that if he did

3  not respond to the letter by January 27, 2021, the action may be subject to dismissal. *Id*.

4        On January 5, 2021, Petitioner filed a Second Application to Proceed IFP. Dkt. 6. The

5  Clerk's Office sent Petitioner a third deficiency notice indicating Petitioner had failed to

6  complete the certification portion of the IFP form. Dkt. 6. Petitioner was directed to have the

7  institution fill out the certification section of the IFP form and noted if Petitioner did not respond

8  to the letter by February 8, 2021, the action may be subject to dismissal. *Id.*

9        Plaintiff has not responded to the Clerk of Court's third deficiency letter, has not paid the

10  filing fee, and has not filed a complete application to proceed IFP. As Plaintiff has failed to

11  prosecute this case and submit a complete application to proceed IFP, the Court recommends this

12  case be dismissed without prejudice. Based on the foregoing, the Court recommends a certificate

13  of appealability be denied.

14        Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

15  Procedure, the parties shall have fourteen (14) days from service of this Report to file written

16  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

17  objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time

18  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on March

19  26, 2021 as noted in the caption.

20        Dated this 1st day of March, 2021.

David W. Christel
United States Magistrate Judge