THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILLIP SCHEFFLIN,<br><br>   Petitioner,<br>   v.<br><br>STATE OF WASHINGTON,<br><br>   Respondent. | CASE NO. C20-6194-JCC<br><br>ORDER |

This matter comes before the Court on United States Magistrate Judge David Christel's Report and Recommendation ("R&R") recommending that the Court dismiss Mr. Schefflin's 28 U.S.C. § 2254 petition without prejudice and deny a certificate of appealability because he has failed to pay the filing fee or submit a complete application to proceed *in forma pauperis*. (*See* Dkt. No. 8). Mr. Schefflin has not objected to the R&R, nor has he cured the deficiency. Therefore, the Court ADOPTS the R&R and DISMISSES this case without prejudice. The Court DIRECTS the Clerk to close this case and to send a copy of this order to Mr. Schefflin and Judge Christel.

//
//
//
//

ORDER
C20-6194-JCC
PAGE - 1

1   DATED this 5th day of April 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE